# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:19-CR-00006-001 |
| Kaci Elizabeth Tolbert ) | |
| ) | USM No: 72152-019 |

Date of Original Judgment: October 24, 2019
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

James P. Fleissner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____132_____ months **is reduced to** _____120_____.

Tolbert was originally sentenced on October 22, 2019, to a term of 132 months imprisonment to be followed by five years of supervised release. She is required to pay $100 for her mandatory assessment.

The Court determined that her total offense level was 26 and his criminal history category was VI, which yielded an advisory sentencing range of 120-150 months. Her criminal history subtotal was eleven (11). Two additional criminal history points were added for being under a criminal justice sentence when she committed the instant Federal offense. This resulted in 13 criminal history points which yielded a criminal history category VI.

Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when she was originally sentenced. A total of twelve (12) criminal history points yields a criminal history category V. A total offense level 26 with a criminal history category V, yields an advisory sentencing range of 110-137 months. However, this case has a ten-year mandatory minimum; therefore, the advisory guideline range is 120-137 months. The Government opined that the defendant is eligible for reduction in sentence to 120 months imprisonment and the Court concurs.

Except as otherwise provided, all provisions of the judgment dated _____October 24, 2019_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/29/24

*Judge's signature*

Effective Date: February 1, 2024
*(if different from order date)*

Tilman E. Self, III, United States District Judge
*Printed name and title*